# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 18-0223V
### Filed: September 23, 2019
UNPUBLISHED

MARCIA GRAY,

Petitioner,

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

Respondent.

Special Processing Unit (SPU);
Damages Decision Based on Proffer;
Influenza (Flu) Vaccine; Shoulder
Injury Related to Vaccine
Administration (SIRVA)

*Isaiah Richard Kalinowski, Maglio Christopher & Toale, PA, Washington, DC, for petitioner.*
*Paul Elias Werner, U.S. Department of Justice, Washington, DC, for respondent.*

## DECISION AWARDING DAMAGES[1]

**Dorsey**, Chief Special Master:

On February 14, 2018, petitioner filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] (the "Vaccine Act"). Petitioner alleges that she suffered a shoulder injury related to vaccine administration ("SIRVA") causally related to the influenza vaccination she received on October 13, 2016. Petition at ¶¶ 3, 16. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On May 7, 2019, a ruling on entitlement was issued, finding petitioner entitled to compensation for her SIRVA. On September 23, 2019, respondent filed a proffer on award of compensation ("Proffer") indicating petitioner should be awarded $90,000.00, representing compensation for petitioner's pain and suffering. Proffer at 1. In the Proffer, respondent represented that petitioner agrees with the proffered award. *Id.*

---

[1] The undersigned intends to post this decision on the United States Court of Federal Claims' website. **This means the decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access. Because this unpublished decision contains a reasoned explanation for the action in this case, undersigned is required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services).

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755.

Based on the record as a whole, the undersigned finds that petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **the undersigned awards petitioner a lump sum payment of $90,000.00, representing compensation for petitioner's pain and suffering, in the form of a check payable to petitioner, Marcia Gray.** This amount represents compensation for all damages that would be available under § 15(a).

The clerk of the court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

**s/Nora Beth Dorsey**
Nora Beth Dorsey
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

| | | | |
|---|---|---|---|
| MARCIA GRAY, | ) | | |
| | ) | | |
| Petitioner, | ) | No. 18-223V | |
| | ) | Chief Special Master | |
| v. | ) | Nora Beth Dorsey | |
| | ) | ECF | |
| SECRETARY OF HEALTH | ) | | |
| AND HUMAN SERVICES, | ) | | |
| | ) | | |
| Respondent. | ) | | |
| | ) | | |

**RESPONDENT'S PROFFER ON AWARD OF COMPENSATION**

**I.      Compensation for Vaccine Injury-Related Items**

On May 7, 2019, respondent filed a Rule 4(c) Report conceding entitlement in
this case.  On that date, the Chief Special Master issued a Ruling on Entitlement finding that
petitioner was entitled to vaccine compensation for his Shoulder Injury Related to Vaccine
Administration ("SIRVA").  Respondent proffers that based on the evidence of record,
petitioner should be awarded $90,000.00, for pain and suffering.  This amount represents
all elements of compensation to which petitioner is entitled under 42 U.S.C. § 300aa-
15(a)(1); 15(a)(3)(A); and 15(a)(4).  Petitioner agrees.

**II.      Form of the Award**

The parties recommend that the compensation provided to petitioner should be
made through a lump sum payment as described below, and request that the Chief Special
Master's decision and the Court's judgment award the following:[1]

---

[1]  Should petitioner die prior to entry of judgment, the parties reserve the right to move
the Court for appropriate relief.  In particular, respondent would oppose any award for
future medical expenses, future lost earnings, and future pain and suffering.

A lump sum payment of $90,000.00, in the form of a check payable to petitioner, Marcia Gray. This amount accounts for all elements of compensation under 42 U.S.C. § 300aa-15(a) to which petitioner is entitled.

Petitioner is a competent adult. Evidence of guardianship is not required in this case.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

C. SALVATORE D'ALESSIO
Acting Director
Torts Branch, Civil Division

CATHARINE E. REEVES
Deputy Director
Torts Branch, Civil Division

ALEXIS BABCOCK
Assistant Director
Torts Branch, Civil Division

/s/ Paul E. Werner
PAUL E. WERNER
Senior Trial Counsel
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 7146
Benjamin Franklin Station
Washington, D.C. 20044-0146
Tel.: (202) 616-4152

Dated: September 23, 2019